IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ODIA ALMYR PESNELL, III,           :

    Plaintiff,                    :

vs.                                :     CIVIL ACTION 06-0214-WS-C

MOBILE COUNTY COMMISSION,          :
et al.,

    Defendants.                   :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

**DONE** and **ORDERED** this 3rd day of April, 2007.

                                                  s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE